Jeron D. BROWN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 84, 2017

Supreme Court of Delaware.

Submitted: March 15, 2017
Decided: May 1, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1408002171

AFFIRMED.

Susan OAKES–LIVINGSTON,[1]
Respondent Below–
Appellant,

v.

Kevin LIVINGSTON, Petitioner
Below–Appellee.

No. 498, 2016

Supreme Court of Delaware.

Submitted: February 24, 2017
Decided: May 3, 2017
Reargument Denied May 17, 2017

Court Below—Family Court of the State of Delaware, File No. CN14–01301, Petition No. 16–06736

AFFIRMED.

Martin E. FOUNTAIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 575, 2016

Supreme Court of Delaware.

Submitted: March 15, 2017
Decided: May 4, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0209005515

AFFIRMED.

Thomas L. FLEETWOOD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 168, 2017

Supreme Court of Delaware.

Submitted: May 1, 2017
Decided: May 5, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1503013906

DISMISSED.

1. The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).